J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant*
*Bounce AI, Inc.*

WOMBLE BOND DICKINSON
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ROBB,<br>Plaintiff,<br>v.<br>BOUNCE AI, INC.,<br>Defendant. | Case No.: 3:26-cv-00786 -MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION FOR EXTENSION OF TIME** |

Plaintiff Robert Robb ("Plaintiff"), and Defendant Bounce AI, Inc. ("Bounce AI"), by and through their respective counsel, and pursuant to Local Rule LR IA 6-1(a), hereby stipulate and agree that Bounce is afforded a brief extension of time until December 9, 2026, to answer or otherwise respond to Plaintiff's Complaint that was filed in this Court on October 8, 2026. This is Bounce AI first request for an extension. This request is not made for purposes of delay, rather the parties have undertaken discussions to resolve matter without the need for further judicial

/ / /

/ / /

/ / /

/ / /

intervention and ask for this additional time to continue their discussions.

DATED this 3rd day of November, 2026.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo E. Ponce
Gustavo E. Ponce
Nevada Bar No. 15084
6940 S. Cimarron Road, Suit 210
Las Vegas, NV 89113
Gustavo@Kazlg.com

*Attorneys for Plaintiff Robert Robb*

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant Bounce AI, Inc.*

**IT IS SO ORDERED.**

CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026

8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON